114 A.3d 1035

COMMONWEALTH of Pennsylvania ex rel.
Carey ABNEY, Relator/Petitioner

v.

FIRST JUDICIAL DISTRICT COURT OF COMMON PLEAS, CRIMINAL DIVISION V, First Judicial District Court of Common Pleas–Criminal Division, Prothonotary's Office, Respondents.

No. 27 EM 2015.

Supreme Court of Pennsylvania.

May 12, 2015.

## ORDER

PER CURIAM.

AND NOW, this 12th day of May, 2015, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.